UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| AARON K. GRAHAM, | ) | |
| | ) | |
| Plaintiff, | ) | NO.  CV-06-0288-LRS |
| | ) | |
| -vs- | ) | ORDER OF DISMISSAL |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Local Rule 7.1, the parties have filed a "Joint Motion for Order of Dismissal" and request that this matter be dismissed with prejudice and without costs to either party.   (Ct.  Rec.  15). Accordingly,

**IT IS ORDERED** that the above-titled case be dismissed with prejudice and the file be closed in this matter.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 11th day of December, 2008.

s/Lonny R. Suko

_____

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL